

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-282-7878

July 26, 2022

<u>*Via ECF*</u>

Hon. Denise L. Cote
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Steven Hirsch v. Earl G. Grave Ltd. d/b/a Black Enterprise*
     Docket No: 1:22-cv-03225-DLC

Dear Judge Denise L. Cote:

  We represent Plaintiff Steven Hirsch in the above-captioned case. We write pursuant to Rule 1.E. of this Court's Individual Rules and Practices to respectfully request that the initial conference scheduled for July 28, 2022, be adjourned *sine die* as a result of Defendant Earl G. Grave Ltd. d/b/a Black Enterprise's failure to appear.

  On June 14, 2022, the Clerk of Court entered a default against Defendant Earl G. Grave Ltd. d/b/a Black Enterprise. [Dkt. No. 12]. Plaintiff is currently attempting to contact Defendant in the hope of resolving this case. In the event Plaintiff is unable to resolve this case within thirty (30) days, Plaintiff intends to file his motion for default judgment.

  No previous requests for adjournments have been made and Plaintiff is unable to confirm whether Defendant consents or opposes to the requested relief in light of Defendant's failure to appear in this action.

  Thank you for your consideration of this request.

*Denied.*
*/s/ Denise Cote*
*7/27/22*

                Respectfully submitted,

                <u>*/s Jaymie Sabilia-Heffert*</u>
                Jaymie Sabilia-Heffert