UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
STEVEN HIRSCH,                            :    22cv3225 (DLC)
                    Plaintiff,            :
                                          :        ORDER
          -v-                             :
                                          :
EARL G. GRAVES LTD., d/b/a BLACK          :
ENTERPRISES,                              :
                    Defendant.            :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

   It appearing that the time for defendant Earl G. Graves Ltd. to answer has passed, it is hereby

   ORDERED that plaintiff shall submit to the Court by **August 9, 2022**, a motion for entry of a default judgment against the defendant. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:    New York, New York
          July 29, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge